IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM HALL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 1:11-cv-00166-WSD -GGB |
| UNIVERSAL RECOVERY CORPORATION, | ) ORDER FOR DISMISSAL |
| | ) OF CASE WITH PREJUDICE |
| Defendant. | ) |

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

SO ORDERED.

_____
JUDGE PRESIDING
UNITED STATES DISTRICT JUDGE